UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THAD TATUM,<br>an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>BURGER KING CORPORATION,<br>a FLORIDA CORPORATION<br><br>     Defendant. | )<br>)<br>)<br>) DOCKET NO. 2:12-cv-1494<br>)<br>)<br>)<br>)<br>)<br>)<br>) SECTION "L"<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and each party shall bear its own attorney fees and litigation costs.

Respectfully Submitted,

By: /s/ Andrew D. Bizer
Andrew Bizer, Esq. (LA # 30396)
*Attorney for Plaintiff*
757 St. Charles Avenue, Suite 302
New Orleans, LA 70130
Phone: 504-619-9999
andrew@bizerlaw.com

Respectfully Submitted,

By: /s/David M. Whitaker
David M. Whitaker, Esq. (# 21149)
*Attorney for Defendant*
909 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-585-3050
David.whitaker@keanmiller.com