UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THAD TATUM | CIVIL ACTION |
| VERSUS | NO: 12-1494 |
| BURGER KING CORPORATION | SECTION: J(3) |

### ORDER

Considering the parties' Joint Stipulation of Dismissal with Prejudice **(Rec. Doc. 12),** filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE,** each party to bear its own attorneys' fees and litigation costs.

New Orleans, Louisiana this 28th day of November, 2012.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE